# Aventine Renewable Energy Holdings, Inc. and Subsidiaries
## Post-Confirmation Quarterly Summary Report
## For the Quarter Ending September 30, 2010

Case No. 09-11214(KG)

| | Total Aventine Renewable Energy, Inc. Cash Accounts | Total Nebraska Energy LLC Cash Accounts | Current Qtr Actual |
|---|---|---|---|
| Beginning Cash at Banks | $ 62,901,554 | $ 44,035 | $ 62,945,589 |
| **Receipts** | | | |
| Collection of Accounts Receivable | 94,445,142 | - | 94,445,142 |
| Debt Proceeds | 51,905,556 | - | 51,905,556 |
| Vendor Refunds & Other Misc Receipts | 10,401,789 | - | 10,401,789 |
| Transfers In from other Debtor bank accounts | 177,421,326 | 2,100,570 | 179,521,895 |
| Total Receipts | $ 334,173,812 | $ 2,100,570 | $ 336,274,382 |
| **Disbursements** | | | |
| Plan Disbursements (excludes professional's admin claims) | (5,080) | - | (5,080) |
| Professionals Admin Claims | (621,031) | - | (621,031) |
| All Other Ordinary Course Disbursements | (156,072,152) | (2,080,915) | (158,153,067) |
| Transfers Out to other Debtor bank accounts | (179,521,896) | - | (179,521,896) |
| Total Disbursements | (336,220,159) | (2,080,915) | (338,301,074) |
| Ending Cash at Banks - Sept 30, 2010 | $ 60,855,206 | $ 63,690 | $ 60,918,896 |
| Total Disbursements including Transfers to other Debtor bank accounts | $ (336,220,159) | $ (2,080,915) | $ (338,301,074) |
| Less: Transfers to other Debtor bank accounts | 179,521,896 | - | 179,521,896 |
| Plus: Estate Disbursements made by outside sources (i.e. from escrow accounts) | - | - | - |
| Total Disbursements for Calculating U.S. Trustee Quarterly Fees | $ (156,698,263) | $ (2,080,915) | $ (158,779,178) |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_[Signature]_ Chief Accounting Officer
Name & Title

_____
Date

Debtor: Aventine Renewable Energy Holdings, Inc. & Subsidiaries

Case: No. 09-11214(KG)

Case No. 09-11214(KG)
Post Confirmation Quarterly Balance Sheet

# AVENTINE RENEWABLE ENERGY HOLDINGS INC. and Affiliated Debtors

Balance Sheet
AVENTINE USD BOOKS
Period: SEP-10 Currency: USD
Submitted: 15-NOV-10 14:31:11

| | AVR Holdings Inc Current Month SEP-10 | ARE LLC Current Month SEP-10 | AVENTINE Current Month SEP-10 | NELLC Current Month SEP-10 | AURORA WEST Current Month SEP-10 | MT VERNON Current Month SEP-10 | CANTON LLC Current Month SEP-10 | Eliminations Current Month SEP-10 | Total Consolidation SEP-10 |
|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | |
| **Current Assets:** | | | | | | | | | |
| Cash and Cash equivalents | 0.00 | 0.00 | 41,789,439.89 | 63,689.77 | 500.00 | 1,000.00 | 0.00 | 0.00 | 41,854,629.66 |
| Accounts and Notes Receivable | 0.00 | 0.00 | 7,178,851.26 | 193,573.22 | 0.00 | 0.00 | 0.00 | 0.00 | 7,372,424.48 |
| Income Tax Receivable | 0.00 | 0.00 | 1,023,714.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,023,714.07 |
| Inventory | 0.00 | 0.00 | 21,317,539.46 | 1,740,540.10 | 0.00 | 0.00 | 0.00 | 0.00 | 23,058,079.56 |
| Other current assets | 6,000.00 | 0.00 | 5,575,396.19 | 423,522.30 | 453,618.80 | 963,412.43 | 29,704.07 | 0.00 | 7,451,653.79 |
| Total current assets | 6,000.00 | 0.00 | 76,884,940.87 | 2,421,325.39 | 454,118.80 | 964,412.43 | 29,704.07 | 0.00 | 80,760,501.56 |
| **Property, Plant, and Equipment** | | | | | | | | | |
| Land | 0.00 | 0.00 | 1,750,000.00 | 470,000.00 | 1,460,000.00 | 0.00 | 1,448,500.00 | 0.00 | 5,128,500.00 |
| Land Improvements | 0.00 | 0.00 | 1,261,601.32 | 202,850.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,464,451.32 |
| Buildings | 0.00 | 0.00 | 8,785,604.66 | 2,185,413.74 | 0.00 | 0.00 | 0.00 | 0.00 | 10,971,018.40 |
| Furniture & Fixtures | 0.00 | 0.00 | 483,582.50 | 8,950.00 | 0.00 | 0.00 | 0.00 | 0.00 | 492,532.50 |
| Storage Tanks | 0.00 | 0.00 | 4,145,480.26 | 3,624,910.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,770,390.26 |
| Mobile Equipment | 0.00 | 0.00 | 763,940.00 | 367,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,130,940.00 |
| Manufacturing and other equipment | 0.00 | 0.00 | 117,134,552.96 | 14,334,765.58 | 0.00 | 0.00 | 0.00 | 0.00 | 131,469,318.54 |
| Vehicles | 0.00 | 0.00 | 140,060.00 | 4,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 144,460.00 |
| Lab Equipment | 0.00 | 0.00 | 478,083.78 | 212,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 690,083.78 |
| Office Equipment | 0.00 | 0.00 | 100,230.00 | 237,780.00 | 0.00 | 0.00 | 0.00 | 0.00 | 338,010.00 |
| Computer Hardware | 0.00 | 0.00 | 83,940.00 | 22,530.00 | 0.00 | 0.00 | 0.00 | 0.00 | 106,470.00 |
| Computer Software | 0.00 | 0.00 | 2,389,291.62 | 260.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,389,551.62 |
| Construction-in-progress | 0.00 | 0.00 | 6,542,686.55 | 1,425,307.39 | 40,384,371.17 | 50,369,079.63 | 17,164,800.71 | 0.00 | 115,886,245.45 |
| Total PP&E | 0.00 | 0.00 | 144,059,053.65 | 23,096,166.71 | 41,844,371.17 | 50,369,079.63 | 18,613,300.71 | 0.00 | 277,981,971.87 |
| Accumulated Depreciation- PP&E | 0.00 | 0.00 | (5,002,430.14) | (761,925.36) | 0.00 | 0.00 | 0.00 | 0.00 | (5,764,355.50) |
| Property, Plant, and Equipment, net | 0.00 | 0.00 | 139,056,623.51 | 22,334,241.35 | 41,844,371.17 | 50,369,079.63 | 18,613,300.71 | 0.00 | 272,217,616.37 |
| Investments in marketing alliances | 446,351,453.11 | 435,517,458.22 | 10,995,328.05 | 0.00 | 0.00 | 0.00 | 0.00 | (888,410,031.55) | 4,454,207.83 |
| Restricted Cash | 895,555.57 | 0.00 | 19,067,365.37 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19,067,365.37 |
| Other non-Current Assets | 2,488,092.34 | 0.00 | 50,400.00 | 120,000.00 | 0.00 | 7,908,096.00 | 0.00 | 0.00 | 10,566,588.34 |
| Total Assets | 448,845,545.45 | 435,517,458.22 | 246,054,657.80 | 24,875,566.74 | 42,298,489.97 | 59,241,588.06 | 18,643,004.78 | (888,410,031.55) | 387,066,279.47 |
| **LIABILITIES and STOCKHOLDERS' EQUITY** | | | | | | | | | |
| **Current liabilities:** | | | | | | | | | |
| Accounts Payable | 0.00 | 0.00 | 12,857,280.47 | 600,104.93 | 0.00 | 0.00 | 0.00 | 0.00 | 13,457,385.40 |
| Accrued Payroll and Benefits | 0.00 | 0.00 | 4,791,241.07 | 211,218.27 | 0.00 | 45,157.04 | 0.00 | 0.00 | 5,047,616.38 |
| Credit agreement borrowings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Intercompany | (142,085,555.97) | 663,031.00 | 489,685,639.73 | 2,283,354.70 | (189,772,420.15) | (177,892,488.37) | 17,118,439.06 | 0.00 | 0.00 |
| Other current liabilities | 895,555.57 | 0.00 | 4,551,492.14 | 364,199.17 | 463,342.50 | 796.24 | 875,186.66 | 0.00 | 7,150,572.28 |
| Total Current Liabilities | (141,190,000.40) | 663,031.00 | 511,885,653.41 | 3,458,877.07 | (189,309,077.65) | (177,846,535.09) | 17,993,625.72 | 0.00 | 25,655,574.06 |
| Liabilities Subject to Compromise | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Long-term debt | 155,729,545.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 155,729,545.46 |
| Mortgage Payable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 276,562.50 | 0.00 | 276,562.50 |
| Capital lease obligations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 471,189.67 | 0.00 | 471,189.67 |
| Deferred tax liability | 0.00 | 0.00 | (1,617,259.88) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,026,343.12 |
| Other long-term liabilities | 0.00 | 3,643,603.00 | 2,185,986.83 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,185,986.83 |
| **Stockholders' Equity:** | | | | | | | | | |
| Common stock | 7,400.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,400.65 |
| Additional paid-in capital | 192,902,592.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 224,066,456.60 |
| Retained Earnings | 241,751,277.17 | 431,210,824.22 | 25,740,881.31 | 248,485.80 | 5,004,552.68 | 169,944.64 | 0.00 | (888,410,031.55) | (22,999,784.82) |
| Treasury Stock | (355,269.60) | 0.00 | (292,142,878.87) | 21,168,203.87 | 226,603,014.94 | 236,918,178.51 | (98,373.11) | 0.00 | (355,269.60) |
| Accumulated other comprehensive loss | 0.00 | 0.00 | 2,275.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,275.00 |
| Total stockholders' equity | 434,306,000.39 | 431,210,824.22 | (266,399,722.56) | 21,416,689.67 | 231,607,567.62 | 237,088,123.15 | (98,373.11) | (888,410,031.55) | 200,721,077.83 |
| Total liabilities and stockholders' equity | 448,845,545.45 | 435,517,458.22 | 246,054,657.80 | 24,875,566.74 | 42,298,489.97 | 59,241,588.06 | 18,643,004.78 | (888,410,031.55) | 387,066,279.47 |

Note: Aventine Renewable Energy - Canton, LLC is not a Chapter 11 Debtor.

Page 1